LAW OFFICES OF BARAK BERLIN
BARAK J. BERLIN (CASB No. 216115)
Email: Barak@BerlinLawGroup.com
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINA MADRIGAL, | CASE NO. 5:16-CV-02605 ODW-SP |
| Plaintiff, | NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) |
| vs. | |
| MAKENNA KALI & ASSOCIATES, INC., ZACH CARLILE, and DOES 1-10, Inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that this action is dismissed With Prejudice by the Plaintiff in its entirety. The dismissal is made pursuant to F.R.Civ.P. 41(a).

DATED: April 14, 2017          **LAW OFFICES OF BARAK BERLIN**



/s/ Barak J. Berlin
BARAK J. BERLIN
Attorneys for Plaintiff Pina Madrigal